```
BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-mj-00086-DAD |
| Plaintiff, | ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA, AND SENTENCING HEARING |
| v. | |
| CARLOS R. PEREZ, | Date:  May 22, 2013 |
| | Time:  10:00 p.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

It is hereby ordered that the court trial set for May 22, 2013 at 9:00 a.m. is VACATED.  It is further ordered that a change of plea and sentencing hearing is set for June 18, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
perez0086.stipord.set.cop