# FILED

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
           DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Carlos R. Perez

CASE/CITATION NO. 2:13 M, 00086 DAD

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 11-29-73
DRIVER'S LICENSE #: F4881629
ADDRESS: 626 S. Sinclair Ave
         Stockton, CA   95215
         CITY        STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6/18/13                 Carlos Rafael Perez
                              DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**
Count 1 = 150                                    Count 1 = 10
(✓) Fine: $ Count 2 = 75 and a penalty assessment of $ Count 2 = 5 for a TOTAL AMOUNT OF: $ 240 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

CENTRAL VIOLATIONS BUREAU    CLERK, USDC                 **CLERK, USDC**
PO BOX 70939                 2500 TULARE ST., RM. 1501   **501 I STREET, STE. 4-200**
CHARLOTTE, NC 28272-0939     FRESNO, CA 93721-1322       **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6/18/13                 **DALE A. DROZD**
                              U.S. MAGISTRATE JUDGE

Clerk's Office

FR-PET                                                                    EDCA–3